KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-6915
  FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STIVAN SINGH,<br><br>　　Petitioner,<br><br>　　v.<br><br>ALBERTO R. GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary for the Department of Homeland Security,<br><br>　　Respondents. | No. C 06-1842-JSW<br><br>**STIPULATION TO TRANSFER CASE TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON; AND [PROPOSED] ORDER** |

　　Petitioner, by and through his attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to transfer the above-entitled case to the United States District Court for the Western District of Washington based on the following:

　　(1) Singh is native and citizen of India who was ordered removed from the United States by an Immigration Judge on April 16, 2001.

　　(2) The Board of Immigration Appeals (BIA) affirmed the removal order, and the United States Court of Appeals for the Ninth Circuit dismissed Singh's petition for review.

　　(3) On the day he was scheduled to be removed from the United States, Singh filed a motion

to reopen his removal proceedings with the BIA, alleging that he had received ineffective assistance of counsel in his removal proceedings.[1]

(4) The BIA denied the motion to reopen on April 18, 2005, and Singh filed a petition for review of that decision with the Ninth Circuit. *See Singh v. Gonzales*, 9th Cir. Appeal No. 05-72573. The appeal is currently pending.

(5) On March 10, 2006, Singh filed the present petition for writ of habeas corpus alleging that he is being detained indefinitely by the United States Immigration and Customs Enforcement in violation of *Zadvydas v. Davis*, 533 U.S. 678 (2001), and that he must be released because there is no significant likelihood that he will be removed in the reasonably foreseeable future.

(6) On March 13, 2006, this Court issued an Order to Show Cause directing the respondents to file an answer on or before April 20, 2006, showing why a writ of habeas corpus should not be issued.

(7) The respondents submitted their answer to the petition for writ of habeas corpus, asking the Court to deny the habeas petition on the following grounds: (a) the petitioner filed his habeas petition in the wrong district; (b) the petitioner's reliance on *Zadvydas* is misplaced because his 90-day removal period under 8 U.S.C. § 1231(a)(1)(A) has not expired; and (c) even if the petitioner's removal period has expired, it is significantly likely that he will be removed in the reasonably foreseeable future. The respondents filed a notice of additional citation on April 26, 2006.

(8) The petitioner filed a traverse on May 19, 2006, stating *inter alia* that he did not object to having the petition for writ of habeas corpus transferred to the United States District Court for the Western District of Washington.

In light of the parties' agreement that this case should be transferred to the United States District Court for the Western District of Washington, the parties jointly ask this Court to transfer

---

[1] Singh simultaneously filed a petition for writ of habeas corpus with this Court, which alleged the same ineffective assistance of counsel claim. *See Singh v. Gonzales*, C-05-0885-JSW (N.D. Cal). This Court signed the parties' stipulation to dismiss the habeas petition on May 11, 2005, after the BIA issued its decision denying Singh's motion to reopen on April 18, 2005. *See id.*

STIPULATION TO TRANSFER CASE
C 06-1842-JSW           -2-

the habeas petition.

DATED: June 16, 2006          Respectfully submitted,

                                        KEVIN V. RYAN
                                        United States Attorney

                                        /s/
                                        EDWARD A. OLSEN[2]
                                        Assistant United States Attorney

DATED: June 16, 2006         /s/
                                        MARTIN RESENDEZ GUAJARDDO
                                        Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: June 19, 2006

                                        JEFFREY S. WHITE
                                        United States District Judge

---

[2] I, Edward A. Olsen, attest that both Martin Guajardo and I have signed this stipulation and will produce the original signed copies upon request.